SPENCER R. HILL and Others, General Partners, and Others, Special Partners, Copartners, etc., Respondents, v. THE INTERNATIONAL PRODUCTS COMPANY and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

HEYMAN COHEN & SONS, INC., Appellant, v. WILLIAM CLARKE & SONS, INC., Respondent.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, Respondent, v. JAMES D. CLIFFORD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ADELE BLOSS MONFORT, Respondent, v. FREDERICK D. MONFORT, Appellant.— Order reversed and motion in all respects denied, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

UNITED STATES LIGHT AND HEAT CORPORATION, Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

PIETRO CATANTELLA and Another, as Administrators, etc., of SALVATORE CATANTELLA, Deceased, Appellants, v. THOMAS J. SWEENEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

MARGUERITE A. BLACKWELL, Appellant, Respondent, v. COLUMBIA TRUST COMPANY, as Executor, etc., of HERMANN SIELCKEN, Deceased, Respondent, Appellant.— Order affirmed, without costs. The bill of particulars to be served within ten days after service of this order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. O'NEILL, Respondent, v. FREDERICK O'BYRNE, as Commissioner of Jurors of the County of New York, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

WILLIAM LESLIE, Respondent, v. LOUIS K. LIGGETT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

FRANK DRAKE, Respondent, v. JOSEPH H. HODGSON, Appellant, Impleaded with Others. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

FRANK DRAKE, Respondent, v. JOSEPH HODGSON, Appellant, Impleaded with Others. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

UKNITY UNDERWEAR COMPANY, INC., v. MORRIS SENDEROWITZ and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.